UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 24-CR-0030 (PJS/DLM) |
| Plaintiff, | |
| v. | ORDER |
| WESLEY DERON TYUS, | |
| Defendant. | |

---

Carla Baumel, UNITED STATES ATTORNEY'S OFFICE, for plaintiff.

Frederick Clayton Tyler, F. CLAYTON TYLER, P.A., for defendant.

This matter is before the Court on defendant Wesley Tyus's objection to the February 18, 2025, Report and Recommendation ("R&R") of Magistrate Judge Douglas L. Micko. Judge Micko recommends denying Tyus's motion to suppress evidence. The Court has conducted a de novo review. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b). Based on that review, the Court overrules Tyus's objection and adopts the R&R.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, the Court OVERRULES defendant's objection [ECF No. 91] and ADOPTS the R&R [ECF No. 85]. IT IS HEREBY ORDERED THAT defendant's motion to suppress evidence obtained by search and seizure [ECF No. 56] is DENIED.

Dated: May 5, 2025                  s/ Patrick J. Schiltz
                                    Patrick J. Schiltz, Chief Judge
                                    United States District Court